

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00026-CV

| | | |
|---|---|---|
| Marcia Morrison and Charles J. Morrison | § | From the 271st District Court |
| | § | of Wise County (CV14-10-797) |
| v. | § | July 2, 2015 |
| Marsha Gage | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court.

It is further ordered that appellee Marsha Gage shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth_____
        Justice Bonnie Sudderth